# United States District Court
## Violation Notice

CVB Location Code: EV64

Violation Number: 7335377
Officer Name (Print): 132
Officer No.: 132

7335377

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/15/2017 0852
Offense Charged: 36 CFR 4.21(c)

Place of Offense: S/B GWMP AT BELLE VIEW BLVD

Offense Description: Factual Basis for Charge

SPEED 55/35

L-6X025939    418.2

### DEFENDANT INFORMATION

Last Name: JUAREZ
First Name: SHANNON
M.I.: E

Tag No.: VTS4714
State: VA
Year: 14
Make/Model: DODGE/CHARGER
Color: WHITE

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 120 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 150 Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314, (703) 299-2100

Date (mm/dd/yyyy): 02/15/2018
Time (hh:mm): 0900

X Defendant Signature

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN DEC 26, 2017 14:02