# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

### ADVANCEMENT REQUEST

*(Court policy: For petty motor vehicle offenses other than DWI/DUI, one continuance/advancement 45 days or less from original court date. For Class A misdemeanors and DWI/DUI, and all second continuances/advancements, no continuance/advancement except by motion made in court by defendant in person, or by written motion of a defense attorney, or approval from a Magistrate Judge.)*

Defendant's Name: __Juarez, Shannon__   Defendant's Case Number: __18po4 7335377__

Reason for advancement request: __leaving the area (PCS)__

Original Court Date: __2/15/18__   Advanced Date: __1/18/18__

__✓__ Defendant advised of advanced date

__✓__ Defendant advised of possible consequences:

1. No further advancements except by motion made in Court by defendant in person, or by written motion from defense counsel, or approval from a Magistrate Judge.
2. If ticket is marked "M/A" then failure to appear may result in an arrest warrant.
3. If collateral/fine is set then failure to appear may result in suspended operator's license.

Date advancement requested: __1/2/18__   Deputy Clerk: __Whitney Garnett__

DATE                           MINUTE ENTRY